N. B. WASS v. CLARENCE FOSTER, WILLIAM H. KNIGHT AND JOSEPH RENSHAW, *Co-Partners Doing Business Under the Firm Name and Style of* FOSTER, KNIGHT & COMPANY.

*Error from the District Court of Canadian County.*

*Forest & Gunn,* for plaintiff in error.

*Dille & Schmook* for defendant in error.

PER CURIAM:   Counsel for the parties to this action have filed a stipulation agreeing that the judgment in the case entitled *N. B. Wass v. The Tennent-Stribbling Shoe Co.* (published in this volume, p. 152,) shall also be the judgment in this case.   In pursuance to such stipulation, the decision of the lower court is affirmed.